HARRIET W. SLOCUM vs. CHARLES W. WILBOUR, EXR.

PROVIDENCE—MARCH 10, 1902.

PRESENT : Stiness, C. J., Rogers and Blodgett, JJ.

(1)  *Contracts. Services Rendered as Member of Family.*

Testimony tending to show promises by defendant's intestate to furnish plaintiff a home while she lived, but failing to establish a promise to pay plaintiff for services rendered while an inmate of his household, will not sustain a verdict.

ASSUMPSIT for services rendered as housekeeper.   Plaintiff was a sister of the wife of defendant's intestate.   Heard on petition of defendant for new trial, and judgment for defendant.

(1)   PER CURIAM.   The plaintiff's testimony tended to show a promise by the defendant's intestate to furnish her a home while she lived, but failed to establish a promise to pay the plaintiff for services rendered while she was an inmate of his household.   Under the decisions of this court in *Yerrington* v. *Greene et al., Admrs.*, 7 R. I. 589, and *Newell* v. *Lawton, Exr.*, 20 R. I. 307, we are of the opinion that the verdict must be set aside and the case remitted to the Common Pleas Division with direction to enter judgment for the defendant.

*Irving Champlin*, for plaintiff.

*John N. Butman and E. D. Bassett*, for defendant.